UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHILI EXPRESS, INC.,

               Plaintiff,

-against-

ATLANTIC CASUALTY INSURANCE CO.,

               Defendant.

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)

Case No.: 16-6607

---

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for all parties, that:

1. Atlantic Casualty Insurance Company ("Atlantic Casualty") effectively rescinded the Atlantic Casualty policies at issue, i.e. policy numbers M035001186 and M035001467, *ab initio*, and therefore this action is no longer necessary,

2. In light of the above, all claims herein are dismissed with prejudiced as against all parties.

3. Electronically transmitted signatures shall be deemed originals for all purposes.

**Finger Lakes Legal, Inc.**

By: _____
Angelo A. Rose, Esq.
*Attorneys for Plaintiff*
*Chili Express, Inc.*
121 West Main St.
Victor, NY 14564
(585) 924-7420

**Keidel, Weldon & Cunningham, LLP**

By: _____
Debra M. Krebs, Esq.
Robert W. Lewis, Esq.
*Attorneys for Defendant*
*Atlantic Casualty Insurance Co.*
925 Westchester Avenue
Suite 400
White Plains, NY 10604
(914) 948-7000

**SO ORDERED**

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 10-31-16